UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER D. ARIOLA,
                              Plaintiff,
        vs                                                    9:04-CV-1262

ONONDAGA COUNTY SHERIFF'S DEPARTMENT;
JOHN DOE; GARY SMITH, PSWA; DR. MARILYN S.
WARD; DR. JOSE L. MASSA; and PATRICK
SCHAUBROECK, CW,
                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

CHRISTOPHER D. ARIOLA
Plaintiff, Pro Se
02-B-2553
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051

ONONDAGA COUNTY LAW DEPARTMENT        KATHLEEN M. DOUGHERTY, ESQ.
Attorney for Defendants
10TH Floor
421 Montgomery Street
Syracuse, New York 13202

DAVID N. HURD
United States District Judge

# O R D E R

Plaintiff, Christopher D. Ariola, brought this civil rights action pursuant to 42 U.S.C. § 1983.  In a Report Recommendation dated September 11, 2006, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the defendants' motion to dismiss be granted; that plaintiff's amended complaint be dismissed with prejudice; and that the court's order of dismissal indicate that the dismissal constitutes a "strike" for purposes of 28

U.S.C. § 1915(g) for the reasons stated in the Report-Recommendation. Objections to the Report Recommendation have been filed by the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion to dismiss is GRANTED;

2. Plaintiff's amended complaint is DISMISSED with prejudice;

3. The dismissal of this action constitutes a strike for purposes of 28 U.S.C. § 1915(g) for the reasons stated in the Report-Recommendation; and

4. The Clerk shall file judgment accordingly.

IT IS SO ORDERED.

Dated: January  10, 2007
         Utica, New York.

United States District Judge